IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA JURGENS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, A Political Subdivision;<br><br>Defendant. | 8:24CV20<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the unopposed motion to extend deadlines, Filing No. 12, is granted. The final progression order, Filing No. 7, is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is November 19, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by December 3, 2024.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):     November 15, 2024.

    For the defendant(s):     December 16, 2024.

3)  The deadline for filing motions to dismiss and motions for summary judgment regarding claims of immunity or jurisdiction is December 1, 2024.

4)  All other deadlines in the final progression order, Filing No. 7, not specifically amended herein remain unchanged.

5)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 2nd day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge