IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA JURGENS,<br><br>                  Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, A Political Subdivision;<br><br>                  Defendant. | 8:24CV20<br><br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

    IT IS ORDERED that the unopposed motion to extend deadlines, Filing No. 15, is granted. The final progression order, Filing No. 13, is amended as follows:

1)     The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings remains scheduled with the undersigned magistrate judge on **January 21, 2025** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)     The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is January 2, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by January 16, 2025.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)     The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained

experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    December 16, 2024.

    For the defendant(s):    January 16, 2025.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    January 16, 2025.

    For the defendant(s):    February 17, 2025.

5) The deadline for filing motions to dismiss and motions for summary judgment regarding claims of immunity or jurisdiction is January 16, 2025.

6) All other deadlines in the prior case progression orders, Filing Nos. 7 and 13, not specifically amended herein remain unchanged.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 19th day of November, 2024.

    BY THE COURT:

    *s/ Jacqueline M. DeLuca*

    United States Magistrate Judge