IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA JURGENS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, A Political Subdivision;<br><br>Defendant. | 8:24CV20<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

After conferring with the parties, Defendant's motion to extend, Filing No. 18, is granted. The final progression order, Filing No. 16, is amended as follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **May 13, 2025** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained

   For the defendant(s):     March 17, 2025.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):     March 17, 2025.

   For the defendant(s):     April 18, 2025.

4) For good cause shown, the deposition deadline is reopened. Depositions, including but not limited to depositions for oral testimony only under Rule 45, must be completed by March 17, 2025.

5) The deadline for filing motions to dismiss and motions for summary judgment regarding claims of immunity or jurisdiction is March 17, 2025.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

7) All other deadlines not specifically amended herein remain unchanged.

Dated this 21st day of January, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge