IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA JURGENS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, A Political Subdivision,<br><br>Defendant. | 8:24CV20<br><br>ORDER ON STIPULATION OF<br>VOLUNTARY DISMISSAL |

This case is before the Court on the parties' Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), signed by counsel for the parties. Filing 29. The stipulate to the voluntarily dismissed, with prejudice, against the Defendant City of Omaha pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Filing 29 at 1. Accordingly,

IT IS ORDERED that the parties' parties' Stipulation of Voluntary Dismissal, Filing 29, is accepted, and this matter is dismissed with prejudice.

Dated this 19th day of May, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1